Argued and submitted April 14, reversed and remanded May 19, 2021

In the Matter of the Marriage of

Lauren Elizabeth PEFFERLE,
*Petitioner-Appellant,*
*and*

Jeffery Joseph PEFFERLE,
*Respondent-Respondent.*

Washington County Circuit Court
16DR21726; A174423

487 P3d 69

Ramon A. Pagan, Judge.

George W. Kelly argued the cause and filed the brief for appellant.

No appearance for respondent.

Before Lagesen, Presiding Judge, and James, Judge, and Kamins, Judge.

PER CURIAM

Reversed and remanded.

## PER CURIAM

Mother appeals an order requiring the Department of Justice to disclose to father, her former husband with whom she has two children, the address that the children share with mother. Mother and the two children are participants in Oregon's Address Confidentiality Program, which is intended to protect the confidentiality of the addresses of victims of domestic violence. By statute, the Attorney General is prohibited from disclosing a program participant's address, except in limited circumstances, including "[u]pon receipt of a court order signed by a judge pursuant to a finding of good cause." ORS 192.848(1)(a). For purposes of that statute, "[g]ood cause exists when disclosure is sought for a lawful purpose that outweighs the risk of the disclosure." *Id*. Moreover, "[i]f a judge finds that good cause exists, the terms of the court order shall address, as much as practicable, the safety and protection of the program participant." *Id*.

Mother contends that the trial court erred by failing to evaluate the statutory factors and protective measures contemplated by ORS 192.848. We agree. In response to mother's objection to disclosure of her and the children's shared address, the trial court found that the *children* were not at risk of harm by father, but at no point did the court inquire about or make any findings with regard to risks to *mother*, nor did its order requiring disclosure mention *mother's* safety and protection. We therefore reverse and remand the order requiring the disclosure of mother's address.

Reversed and remanded.